**Petition for Writ of Mandamus Denied, Sanctions Denied, Stay Lifted and Majority and Dissenting Memorandum Opinions filed June 8, 2023.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-23-00302-CV**

---

**IN RE RAMEL BLUE, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**387th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 22-DCV-298913**

---

## MAJORITY MEMORANDUM OPINION

On April 28, 2023, relator Ramel Blue filed a petition for writ of mandamus and an emergency motion for temporary relief in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court

to compel the Honorable Janet B. Heppard, presiding judge of the 387th District Court of Fort Bend County, to vacate the portions of the trial court's April 21, 2023 temporary order that: (1) award real party in interest, Candace Marie Blue, exclusive use of the marital residence, and (2) award interim attorney fees to the attorney for real party in interest.

Real party in interest opposes the petition for writ of mandamus and relator's motion for temporary relief. Additionally, real party in interest requests sanctions pursuant to Rule 52.11 of the Texas Rules of Appellate Procedure, arguing that relator's petition for mandamus relief is groundless and brought solely for the purpose of delay and to raise the cost of the real party in interest's attorney's fees.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also lift our May 1, 2023 stay order. We deny real party in interest's request for sanctions.


/s/    Kevin Jewell
Justice


Panel consists of Chief Justice Christopher and Justices Jewell and Spain (Spain, J., dissenting).